JS - 6

1  ANDRÉ BIROTTE JR.
   United States Attorney
2  ROBERT E. DUGDALE
   Assistant United States Attorney
3  Chief, Criminal Division
   STEVEN R. WELK
4  Assistant United States Attorney
   Chief, Asset Forfeiture Section
5  FRANK D. KORTUM
   Assistant United States Attorney
6  Asset Forfeiture Section
   California Bar No. 110984
7       United States Courthouse
        312 North Spring Street, Suite 1400
8       Los Angeles, California 90012
        Telephone: (213)894-5710
9       Facsimile: (213)894-7177
        E-Mail:  Frank.Kortum@usdoj.gov
10
   Attorneys for Plaintiff
11 United States of America

12              UNITED STATES DISTRICT COURT

13           FOR THE CENTRAL DISTRICT OF CALIFORNIA

14                     SOUTHERN DIVISION

15 UNITED STATES OF AMERICA,    )   NO.  CV 10-09193-CAS (Ex)
                                )
16           Plaintiff,         )   **CONSENT JUDGMENT OF FORFEITURE**
                                )
17           v.                 )
                                )
18 $20,280.00 IN U.S. CURRENCY ,)
                                )
19           Defendant.         )
                                )
20 _____)
                                )
21 MARIUS VIOLANTE AND ANGELA   )
   MCQUEEN,                     )
22                              )
             Claimants.         )
23 _____)

24

25      On or about November 30, 2010, plaintiff United States of

26 America ("the United States of America") filed a Verified

27 Complaint for Forfeiture alleging that the defendant $20,280.00

28 in U.S. currency (the "defendant currency") is subject to

forfeiture pursuant to 21 U.S.C. § 981(a)(6).

Claimants Marius Violante and Angela McQueen ("claimants") filed a claim to the defendant currency on or about January 11, 2011 and an answer on January 18, 2011. No other parties have appeared in this case and the time for filing claims and answers has expired.

The United States of America and claimants have now agreed to settle this action and to avoid further litigation by entering into this Consent Judgment of Forfeiture.

The Court having been duly advised of and having considered the matter, and based upon the mutual consent of the parties hereto,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. This Court has jurisdiction over the subject matter of this action and the parties to this Consent Judgment of Forfeiture.

2. The Complaint for Forfeiture states a claim for relief pursuant to 21 U.S.C. § 881(a)(6).

3. Notice of this action has been given as required by law. No appearances have been made in this case by any person other than the claimants. The Court deems that all other potential claimants admit the allegations of the Complaint for Forfeiture to be true.

4. The defendant currency shall be returned to claimants, with interest earned by the United States since seizure. The check shall be made payable to the Law Office of Eric Honig Attorney Client Trust Account or the funds may be paid via ACH

1  deposit to the Law Office of Eric Honig Attorney Client Trust
2  Account.
3       5.    The funds to be returned to claimant pursuant to
4  paragraph 4 shall be paid to claimant within forty-five (45) days
5  of the entry of this Consent Judgment of Forfeiture.
6       6.    Claimants hereby release the United States of America,
7  its agencies, agents, officers, employees and representatives,
8  including, without limitation, all agents, officers, employees
9  and representatives of the Federal Bureau of Investigation and
10 the Department of Justice and their respective agencies, as well
11 as all agents, officers, employees and representatives of any
12 state or local governmental or law enforcement agency involved in
13 the investigation or prosecution of this matter, from any and all
14 claims, actions, or liabilities arising out of or related to this
15 action, including, without limitation, any claim for attorney
16 fees, costs, and interest, which may be asserted by or on behalf
17 of claimant.
18      7.    The Court finds that there was reasonable cause for the
19 seizure of the defendant currency and institution of these
20 proceedings.  This judgment shall be construed as a certificate
21 of reasonable cause pursuant to 28 U.S.C. § 2465.
22      8.    The Court further finds that claimants did not
23 substantially prevail in this action, and each of the parties
24 hereto shall bear their own attorney fees and costs.
25 / / /
26 / / /
27 / / /
28

9. The Court shall maintain jurisdiction in this case for the purpose of effectuating the terms of this Consent Judgment of Forfeiture.

Dated: January 30, 2012

_____
THE HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

CONSENT

The parties hereto consent to the above Consent Judgment of Forfeiture and waive any right of appeal.

DATED: January 27, 2012       ANDRÉ BIROTTE JR.
                              United States Attorney
                              ROBERT E. DUGDALE
                              Assistant United States Attorney
                              Chief, Criminal Division
                              STEVEN R. WELK
                              Assistant United States Attorney
                              Chief, Asset Forfeiture Section


                                   /S/
                              _____
                              FRANK D. KORTUM
                              Assistant United States Attorney

                              Attorneys for Plaintiff
                              UNITED STATES OF AMERICA


DATED: January 27, 2012


                                   /S/
                              _____
                              ERIC HONIG, ESQ.

                              Attorney for Claimants
                              MARIUS VIOLANTE AND ANGELA MCQUEEN